UNITED STATES DISTRICT COURT
WEST ERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE A. WILLIAMS,

    Plaintiff,

                                            File no: 1:07-CV-321

v.

                                            HON. ROBERT HOLMES BELL

UNKNOWN BOND, et al.,

    Defendants.
                                  /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

       THEREFORE, IT IS ORDERED that:

       Plaintiff's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§1915(e)(2) and 1915A(b), and 42 U.S.C. §1997e(c).

       IT IS FURTHER ORDERED that dismissal of this action will count as a strike for purposes of 28 U.S.C. §1915(g).

       The Court finds no good-faith basis for appeal within the meaning of 28 U.SC.

1915(a)(3).  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated:     June 12, 2007                       /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              CHIEF UNITED STATES DISTRICT JUDGE